# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| **JESSICA AGUILAR, ALMA DELIA LOPEZ, VERONICA GOMEZ, AND MARIA MOLINA VELA, Individually and On Behalf of All Others Similarly Situated,** | § § § § § | Civil Action No. 7:18-cv-395-RH |
| **Plaintiffs,** | § § | |
| **v.** | § § § | FLSA - Collective Action |
| **ONE STOP PERSONNEL SERVICES, LIMITED LIABILITY PARTNERSHIP,** | § § § | |
| **Defendant.** | § § | Jury Trial Demanded |

## NOTICE OF PROVISIONAL SETTLEMENT AGREEMENT

The Parties file this Notice of Provisional Settlement Agreement. The Parties have reached an agreement to settle in principle and anticipate finalizing the agreement and filing dismissal papers-including a motion to approve the settlement-within 30 days.

Wherefore, the Parties ask that the Court stay all proceedings – including the Status Conference scheduled for July 26, 2022 – until the Parties file their motion to approve settlement pursuant to the terms of the Settlement Agreement.

Respectfully submitted,

*/s/ Colleen Mulholland*
Colleen Mulholland
EQUAL JUSTICE CENTER
8301 Broadway Street, Ste. 309,
San Antonio, Texas 78209
**ATTORNEY FOR PLAINTIFFS**

/s/ Patrick S. Richter
Patrick S. Richter
patrick.richter@jacksonlewis.com
JACKSON LEWIS P.C.
816 Congress Avenue, Suite 1530
Austin, Texas 78701
**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record:

Colleen Mulholland
EQUAL JUSTICE CENTER
8301 Broadway Street, Ste. 309
San Antonio, Texas 78209

/s/ Patrick Richter
Patrick S. Richter