IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **JESSICA AGUILAR, ALMA DELIA LOPEZ, VERONICA GOMEZ, AND MARIA MOLINA VELA, Individually and On Behalf of All Others Similarly Situated,** | § § § § § | Civil Action No. 7:18-cv-395-RH |
| **Plaintiffs,** | § § | |
| **v.** | § § § | FLSA - Collective Action |
| **ONE STOP PERSONNEL SERVICES, LIMITED LIABILITY PARTNERSHIP,** | § § § § | |
| **Defendant.** | § § | Jury Trial Demanded |

## ORDER GRANTING MOTION TO APPROVE SETTLEMENT AND STAY PROCEEDINGS

Before the Court is the parties' Joint Motion to Approve Settlement and Stay Proceedings. (Dkt. No. ___). Having considered the motion (Dkt. No. ___), the Court finds that the motion is meritorious and should be granted. Therefore,

The Court ORDERS that the Joint Motion to Approve Settlement and Stay Proceedings is GRANTED.

The Court further ORDERS parties to file appropriate dismissal documents upon payment of the settlement funds and pursuant to the terms of the Settlement Agreement.

It is so ORDERED.

SIGNED this ___ day of _____, 2022.

_____
HON. J. SCOTT HACKER
UNITED STATES MAGISTRATE JUDGE