IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **JESSICA AGUILAR, ALMA DELIA LOPEZ, VERONICA GOMEZ, AND MARIA MOLINA VELA, Individually and On Behalf of All Others Similarly Situated,** § § § § § | **Civil Action No. 7:18-cv-395-RH** | |
| **Plaintiffs,** § § | | |
| § | **FLSA - Collective Action** | |
| v. § § | | |
| **ONE STOP PERSONNEL SERVICES, LIMITED LIABILITY PARTNERSHIP,** § § § | | |
| § | **Jury Trial Demanded** | |
| **Defendant.** § | | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiffs, Jessica Aguilar, Alma Delia Lopez, Veronica Gomez, and Maria Molina Vela, individually and on behalf of themselves and all Opt-in Plaintiffs to this lawsuit (collectively, "Plaintiffs") along with Defendant One Stop Personnel Services, Limited Liability Partnership ("Defendant") filed this Joint Motion to Dismiss With Prejudice (the "Motion"). In support thereof, the parties respectfully show as follows:

1.  On or around August 29, 2022, Plaintiffs and Defendant entered into a Settlement Agreement resolving all issues between them.

2.  On August 31, 2022, Plaintiffs and Defendant submitted a Joint Motion to Approve Settlement and Stay Proceedings [Dkt. #87], which the Court denied without prejudice on September 7, 2022 [Dkt. #88].

3.  Plaintiffs and Defendant provided additional briefing to the Court on issues relating to the approval of the Settlement Agreement. The Court entered an Order Approving the Settlement Agreement

[Dkt. #94, Mar. 2, 2023], and an Order Sealing the Settlement Agreement and additional information submitted by Plaintiffs and Defendant [Dkt. #96, Mar. 31, 2023].

4. The Order Sealing the Settlement Agreement ordered Plaintiffs and Defendant to submit closing documents immediately upon consummation of the Settlement Agreement. [Dkt. #96].

5. The Parties provided a Status Report to the Court on June 7, 2023 [Dkt. #98] concerning the status of the settlement process.

6. Plaintiffs and Defendant report that the settlement process has now been completed.

7. Accordingly, Plaintiffs and Defendant respectfully request that this Court dismiss all claims filed in this cause against Defendant by Plaintiffs with prejudice to their being refiled.

8. The Parties agree to each bear their own attorney's fees, costs, and other expenses incurred in the lawsuit except as otherwise agreed to in writing among the parties.

WHEREFORE, the Parties respectfully pray that the Court dismiss the case with prejudice to being refiled, with each Party to bear its own costs and attorney's fees.

Respectfully submitted,

By: /s/ Christopher J. Willett
Christopher J. Willett
Attorney-In-Charge
Texas State Bar No. 24061895
S.D. Texas Fed. ID No. 1609981
**EQUAL JUSTICE CENTER**
314 E Highland Mall, Ste 401,
Austin, Texas 78752
Tel (512) 474-0007, ext. 107
Fax (512) 474-0008
cwillett@equaljusticecenter.org

**ATTORNEY FOR PLAINTIFFS**

By: /s/ Patrick S. Richter
Patrick S. Richter
State Bar No. 00791524

**RIGBY SLACK, PLLC**
3500 Jefferson Street, Suite 330
Austin, Texas 78731
PH: (512) 782-2060
FX: (512) 362-5574
prichter@rigbyslack.com

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

    I hereby certify that on September 1, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Patrick S. Richter  
State Bar No. 00791524  
Patrick.Richter@jacksonlewis.com

COUNSEL FOR DEFENDANT

                                              /s/ Christopher J. Willett  
                                              Christopher J. Willett