United States District Court
Southern District of Texas
FILED

SEP 05 2023

Nathan Ochsner, Clerk

United States District Court
Southern District of Texas
**ENTERED**
September 05, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JESSICA AGUILAR, ALMA DELIA LOPEZ, VERONICA GOMEZ, AND MARIA MOLINA VELA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ONE STOP PERSONNEL SERVICES, LIMITED LIABILITY PARTNERSHIP,<br><br>Defendant. | § § § § § § § § § § § § § § | Civil Action No. 7:18-cv-395-RH<br><br><br><br>FLSA – Collective Action<br><br><br><br>Jury Trial Demanded |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

Before the Court is Plaintiffs' and Defendant's Joint Motion to Dismiss with Prejudice. Based on the parties' request and having considered the motion, the Court is of the opinion that the motion has merit and should be granted.

IT IS THEREFORE ORDERED that the Joint Motion to Dismiss with Prejudice is GRANTED.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all of Plaintiffs' claims filed against Defendants are hereby dismissed with prejudice, with attorney's fees and costs of court assessed against the party incurring the same except as otherwise agreed to in writing among the parties.

SIGNED this 5th day of September, 2023.

HON. J. SCOTT HACKER
UNITED STATES MAGISTRATE JUDGE